United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3600NI

_____

| | | |
|---|---|---|
| Jerry A. Woodke, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Patrick Cody, doing business as | * | Appeal from the United States |
| Hawkeye Manufacturing of South | * | District Court for the Northern |
| Dakota, Inc., doing business as Truck | * | District of Iowa. |
| Trailer Sales of Yankton, Inc.; Henry J. | * | |
| Petersen, doing business as Hawkeye | * | [UNPUBLISHED] |
| Manufacturing of South Dakota, Inc., | * | |
| doing business as Truck Trailer Sales of | * | |
| Yankton, Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 23, 1997
Filed: May 30, 1997

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Jerry A. Woodke appeals the judgment entered on an adverse jury verdict in his action for breach of a joint venture agreement and for an accounting. Having searched

the record and considered the parties' briefs, we find no merit in Woodke's contentions.

The district court's instructions were adequate as given. Anyway, to the extent that Woodke complains the district court should have given his damage-related instruction, the district court's refusal to give the instruction is harmless because the jury found against Woodke on the merits.

We also reject Woodke's contention that the district court abused its discretion in refusing to admit certain documents offered by Woodke. Woodke testified about the production costs contained in the challenged documents and put other cost-related documents into evidence; thus, the challenged evidence was merely cumulative of Woodke's testimony and other documentary evidence.

Accordingly we affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.